AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | **Return** | |
|---|---|---|
| Case No.:<br>**4:22-mj-0044** | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>*January 20, 2022*<br>Nathan Ochsner, Clerk of Court | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

> Sealed
> Public and unofficial staff access to this instrument are prohibited by court order

## Return

| Case No.: 4:22-mj-0044 | Date and time warrant executed: 1/14/2022 3:36pm | Copy of warrant and inventory left with: front desk |
|---|---|---|

Inventory made in the presence of: nicholas Lemoine

Inventory of the property taken and name(s) of any person(s) seized:

Synology Rack Station
Model RS3617xs+
S/N: 16BDNRN15D700

Dell PowerEdge T710 Server
Service Tag: 9YYYQN1

Dell PowerEdge R730 Server
Service Tag: D1WJJH2

Buffalo TeraStation
Model TS-XE8.0TL/R5
S/N: 95833O1D500120

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/14/22

_R. Lemoine_
Executing officer's signature

Nicholas Lemoine, Special Agent IRS-CI
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☐ Original      ☐ Duplicate Original

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| The Law Offices of Richard J. Plezia and Associates | ) Case No. 4:22-mj-0044 |
| 2909 Hillcroft Ave., Suite 575 | ) |
| Houston, TX 77057 | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Southern     District of     Texas
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     January 24, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Andrew M. Edison, United States Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     1-10-22 at 4:48 pm         [Judge's signature]

City and state:     Houston, Texas         Andrew M. Edison, United States Magistrate Judge
*Printed name and title*