**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*January 26, 2022*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The Law Offices of Richard J. Plezia and Associates<br>2909 Hillcroft Ave., Suite 575<br>Houston, TX 77057 | Case No. 4:22-mj-0044 |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney, and files this Motion to Unseal.

The Government respectfully requests that the Court order the (1) Application for a Search Warrant, (2) Search and Seizure Warrant, and (3) Affidavit in Support of an Application for a Search Warrant in the above referenced case be unsealed at this time. The warrant has been executed, and there is no longer a reason to maintain these documents under seal.

Respectfully Submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

   */S/ Robert S. Johnson*
Robert S. Johnson
Assistant United States Attorney